`

**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
IGNACIO VERA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA,<br><br>        Plaintiff,<br><br>    vs.<br><br>PEACH TREE PARTNERS, LLC; and<br>DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:23-cv-01111-FMO (SKx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

   **PLEASE TAKE NOTICE** that Plaintiff IGNACIO VERA

("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby

voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil

Procedure Rule 41(a)(1) which provides in relevant part:

   (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66

               and any applicable federal statute, the plaintiff may dismiss an action

               without a court order by filing:

               (i)    A notice of dismissal before the opposing party serves either an

                      answer or a motion for summary judgment.

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

1   None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

2   summary judgment.  Accordingly, this matter may be dismissed without an Order of the

3   Court.

4

5   DATED:  May 5, 2023                    SO. CAL. EQUAL ACCESS GROUP

6

7                                          By:    /s/   Jason J. Kim

8                                                 Jason J. Kim, Esq.
                                                  Attorneys for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**